■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN WHILBY, Appellant. [693 NYS2d 460] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered January 5, 1998, convicting him of petit larceny, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the testimony of the People's witnesses was legally insufficient to establish that he stole the complainant's jewelry (*see,* CPL 470.05 [2]; *People v Gerofsky,* 244 AD2d 569). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]). Thompson, J. P., Altman, Feuerstein and Schmidt, JJ., concur.